IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-02166-CMA-CBS

DEBRA CASTILLO,

    Plaintiff,

v.

THE REGIONAL ADJUSTMENT BUREAU, INCORPORATED,
a Tennessee corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation of Dismissal With Prejudice (Doc. # 15), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED: November __17__, 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge